# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 12-1479** | **September Term, 2012** |
| | **SEC-77FR55251** |
| | **Filed On: June 3, 2013** [1439107] |

NetCoalition and Securities Industry and
Financial Markets Association,

      Petitioners

      v.

Securities and Exchange Commission,

      Respondent

## O R D E R

Upon consideration of the stipulation for dismissal of this petition for review, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                                BY:    /s/
                                                Mark A. Butler
                                                Deputy Clerk